PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jermane Freeman**　　　　　　　　　　Docket No. **11-cr-585**

**Petition for Action on Conditions of Pretrial Release**

　　　　COMES NOW **Kelly Fernandes**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jermane Freeman**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at 50 Walnut Street, on January 13, 2011, under the following conditions:

$100,0000 unsecured appearance bond co-signed by the defendant's mother, Mary Freeman and girlfriend, Nyiesha Washington with following conditions:

1. Pretrial Services supervision;
2. The defendant's girlfriend, Nyiesha Washington is to serve as third party custodian;
3. Travel restricted to New Jersey unless otherwise approved by Pretrial Services;
4. Surrender all passports and travel documents and do not apply for new documents;
5. Substance abuse testing and treatment as deemed appropriate by Pretrial Services;
6. Maintain or actively seek employment or commence an educational program;
7. Address traffic tickets.

On August 8, 2011, the defendant appeared before Your Honor for a Plea Hearing and Bail Violation. Bail was continued with the following modifications: 1) the defendant ordered to satisfy any and all pending violations within three weeks, 2) the defendant shall be placed on electronic monitoring, 3) failure to comply with any conditions may result in bail revocation, 4) Tishawnna Prioleau to replace Nyiesha Washington as cosigner, 5) The defendant's mother, Mary Freeman to replace Nyiesha Washington as third party.

　　　　Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **Bail Review Hearing to be scheduled.**

ORDER OF COURT

Considered and ordered this 16th day of Nov 2011 and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Kelly Fernandes
U.S. Pretrial Services Officer